IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OSCAR BAILON, *et al.*, | |
| Plaintiff, | |
| v. | Civil Action No. 17-cv-01813-JKB |
| MUSSEL BAR & GRILLE BALTIMORE, LLC, *et al.*, | |
| Defendants. | |

**JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT
UNDER FAIR LABOR STANDARDS ACT**

The Plaintiffs, Oscar Bailon, Dawn Dorsey, Deanna Jensen and Dania Hammond, and the Defendants, Mussel Bar & Grille Baltimore, LLC, Robert Wiedmaier and Peter Stala, through their respective undersigned counsel, hereby file their Joint Motion for Court Approval of Settlement under Fair Labor Standards Act, in the above-captioned matter. The Parties respectfully request that this Honorable Court approve the settlement agreement that the Parties have reached concerning Plaintiffs' lawsuit, which includes claims brought under the Fair Labor Standards Act 29 U.S.C. § 201, *et seq*.

The Parties have attached and incorporated a Memorandum in Support of this Motion.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ | /s/ |
| Howard B. Hoffman (Federal Bar No. 25965) | Charles J. Kresslein (Federal Bar No. 22967) |
| 600 Jefferson Plaza, Suite 304 | JACKSON LEWIS P.C. |
| Rockville, MD  20852 | 2800 Quarry Lake Drive, Suite 200 |
| (301) 251-3752 – Telephone | Baltimore, MD  21209 |
| Hbhoffmanesq@hoholaw.com | (410) 415-2000 – Telephone |
| | charles.kresslein@jacksonlewis.com |
| Bradford W. Warbasse (Federal Bar No. 07304) | |
| 401 Washington Ave., Suite 200 | *Counsel for Defendants* |
| Towson, MD  21204 | |
| (410) 337-5411 – Telephone | |
| warbasselaw@gmail.com | |

*Counsel for Plaintiffs*

4836-2054-0497, v. 1