IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OSCAR BAILON, *et al.*,

Plaintiff,

v.

MUSSEL BAR & GRILLE
BALTIMORE, LLC, *et al.*,

Defendants.

Civil Action No. 17-cv-01813-JKB

### ORDER APPROVING FLSA SETTLEMENT

Pending before the Court id the Parties' Joint Motion for Approval of FLSA Settlement ("Joint Motion"). After careful consideration and review of the Parties' Joint Motion and the Settlement Agreement, it is hereby:

**ORDERED,** that the Settlement Agreement is **APPROVED** as a fair and reasonable resolution of the parties' Fair Labor Standards Act ("FLSA") dispute;

**ORDERED,** that the Parties Joint Motion is **GRANTED;**

**ORDERED,** that the Court shall retain jurisdiction over this case until all payments are made pursuant to the Settlement Agreement;

**FURTHER ORDERED,** that Plaintiff shall promptly advise the Court after the last payment has been received and shall file a Notice of Stipulated Dismissal, dismissing this Lawsuit with prejudice, and upon such time, all claims shall be DISMISSED with prejudice; and the Clerk of Court will CLOSE this case, subject only to the reopening of this case, pursuant to Local Rule 111, if any payments provided in the Settlement Agreement are returned as

uncollectable for any reason whatsoever, including but not limited to, returned for insufficient funds.

**SO ORDERED**, this 9 day of November, 2017.

BY THE COURT:

*/s/ James K. Bredar*

Hon. James K. Bredar
Chief Judge